1
2   NOTE: CHANGES MADE BY THE COURT
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | MEMORY TECHNOLOGIES, LLC, a Nevada company, | Case No. 8:18-cv-00171-JLS-JDE |
| 12 | | |
| 13 | Plaintiff, | **ORDER GRANTING IN PART JOINT MOTION FOR 30-DAY STAY TO FINALIZE SETTLEMENT** |
| 14 | vs. | |
| 15 | KINGSTON TECHNOLOGY CORPORATION, a California corporation, KINGSTON TECHNOLOGY COMPANY, INC. a Delaware corporation, | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19
20
21
22
23
24
25
26
27
28

Before the Court is the Parties' Joint Motion for 30-Day Stay to Finalize Settlement. Having reviewed the motion and based on the parties' representations that they have reached an agreement in principle, The Court grants in part the Joint Motion for 30-Day Stay to Finalize Settlement and orders as follows:

1. Any deadline that would otherwise occur in the next 30 days is hereby stayed.

2. In the event the settlement is not finalized within 30 days, the parties shall immediately notify the Court, and the Court shall determine whether and to what extent to modify the existing Scheduling Order.

IT IS SO ORDERED this 8th of June, 2019.

_____
Judge Josephine L. Staton
United States District Court