Andrew G. Strickland (CA SBN: 272364)
   Andrew.Strickland@leehayes.com
William B. Dyer III (*Pro Hac Vice*)
   Bill.Dyer@leehayes.com
**LEE & HAYES, PC**
1175 Peachtree Street
100 Colony Square, Suite 2000
Atlanta, GA  30361
Tel: (404) 736-1925/Fax: (404) 815-1700

Marc E. Hankin (SBN: 170505)
   Marc@HankinPatentLaw.com
Anooj Patel (SBN: 300297)
   Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
4299 MacArthur Boulevard, Suite 100
Newport Beach, CA  92660
Tel: (949) 251-0898; Fax: (310) 979-3603

Attorneys for Plaintiff,
**MEMORY TECHNOLOGIES, LLC**

Christopher Kao (SBN 237716)
   christopher.kao@pillsburylaw.com
Brock S. Weber (SBN 261383)
   brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel: 415.983.1000; Fax: 415.983.1200

Christine Yang (SBN 102048)
   chrisyang@sjclawpc.com
**LAW OFFICE OF S.J. CHRISTINE YANG**
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708
Tel: 714.641.4022; Fax: 714.641.2082

Attorneys for Defendants,
**KINGSTON TECHNOLOGY CORPORATION,
and KINGSTON TECHNOLOGY COMPANY, INC.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMORY TECHNOLOGIES, LLC, a Nevada company,<br><br>    Plaintiff,<br><br>vs.<br><br>KINGSTON TECHNOLOGY CORPORATION, a California corporation, KINGSTON TECHNOLOGY COMPANY, INC. a Delaware corporation,<br><br>    Defendants. | Case No. 8:18-cv-00171-JLS-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  WHEREAS, Plaintiff Memory Technologies, LLC ("Plaintiff") filed its
2  initial Complaint on January 31, 2018 for patent infringement arising under the
3  Patent Laws of the United States, 35 U.S.C. § 1 et seq.;
4  WHEREAS, Plaintiff and Defendants Kingston Technology Corporation,
5  and Kingston Technology Company, Inc ("Defendants") entered into a settlement
6  agreement on August 29, 2019;
7  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
8  between Plaintiff and Defendants (collectively, the "Parties"), under Federal Rule
9  of Civil Procedure 41(a)(1)(A)(ii) and further pursuant to the settlement agreement
10 executed between the Parties, that all Plaintiff's claims in the above-captioned
11 action are covered by the settlement agreement and are dismissed with prejudice,
12 with each party to bear its own costs and expenses relating to this litigation
13 (including attorney and expert fees and expenses).
14 IT IS SO STIPULATED.

Dated: September 3, 2019

**LEE & HAYES PC**

By: */s/ Andrew G. Strickland*
Andrew G. Strickland (CA SBN 272364)
William B. Dyer III (*Pro Hac Vice*)
1175 Peachtree Street, NE
100 Colony Square, Suite 2000
Atlanta, GA  30361
Attorneys for Plaintiff,
**MEMORY TECHNOLOGIES, LLC**

Dated: September 3, 2019

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Brock S. Weber*
Christopher Kao (SBN 237716)
christopher.kao@pillsburylaw.com
Brock S. Weber (SBN 261383)
brock.weber@pillsburylaw.com

Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel: 415.983.1000 / Fax: 415.983.1200
Attorneys for Defendants,
**KINGSTON TECHNOLOGY CORPORATION AND KINGSTON TECHNOLOGY COMPANY, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2019, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STTES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

By: */s/ Andrew G. Strickland*
Andrew G. Strickland (CA SBN 272364)
Attorneys for Plaintiff
Email: andrew.strickland@leehayes.com