# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMORY TECHNOLOGIES, LLC, a Nevada company, | Case No. 8:18-cv-00171-JLS-JDE |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| KINGSTON TECHNOLOGY CORPORATION, a California corporation, KINGSTON TECHNOLOGY COMPANY, INC. a Delaware corporation, | |
| Defendants. | |

1 | The Parties have stipulated to the dismissal of this action because the Parties
2 | have reached a settlement of all outstanding issues in this action [Doc. No. 70].

Accordingly, IT IS ORDERED AS FOLLOWS:

The Stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: September 4, 2019

**JOSEPHINE L. STATON**
Judge Josephine L. Staton
United States District Court